New York Electric Lines Company v. Empire City Subway Company. — Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Pynchon v. Louis P. Mendham. E. A. Polak Realty Company v. Susan E. Blum. India Wharf Brewing Company v. David Wasser.— Applications denied, with ten dollars costs. Orders signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hannah Sullivan v. Thomas Rosson and Others.— Motion granted, question certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles A. Frueauff v. George Moore.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Martin Boyle v. George A. Fuller Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

German Savings Bank v. Phillip Wagner.— Motion denied, without costs. Opinion per curiam. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adam Frank v. Rowland & Shafto, Inc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Matilda Sussman v. Aaron Hershfield.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elvira G. Brokaw v. Louis Sherry.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James M. Carples v. John Deere Wagon Company.— Motion denied, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Carnegie Trust Company v. Samuel H. Kress.— Motion denied. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Rock Island Butter Company v. James Rowland.— Motion denied, without costs, with leave to respondent to file additional brief. Opinion per curiam. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elvira G. Brokaw v. Louis Sherry.— Motion for an order to relieve appellant from printing exhibits and extending time to serve printed papers denied. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Nathaniel Carpenter v. Carlos Warfield.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William J. Spain v. James Talcott.— Motion denied to the extent stated in opinion per curiam. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.